UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| ALFRED M. ANDRADE, III, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>    Commissioner of Social Security, )<br>)<br>*Defendant.* ) | Case No. 2:11-cv-140<br><br>Judge Mattice<br>Magistrate Judge Carter |

## **ORDER**

On March 6, 2012, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that: (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 13) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed objections to the Magistrate Judge's Report and Recommendation. (Doc. 16). However, as Plaintiff acknowledges, his objections are merely reiterations of the original arguments raised in his Motion for Judgment on the Pleadings. (*See* Doc. 16 at 1-2). Further analysis of these same issues would be cumulative and is unwarranted in light of Magistrate Judge Carter's well-reasoned and well-supported Report and Recommendation, in which he fully addressed Plaintiff's arguments.

Accordingly, the Court **ACCEPTS and ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and

Rule 72(b); Plaintiff's Objections (Doc. 16) are **OVERRULED**; Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is **DENIED**; Defendant's Motion for Summary Judgment (Doc. 13) is **GRANTED**; the decision of the Commissioner is **AFFIRMED**; and this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 23rd day of August, 2012.

/s/ Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE